UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENEVA ELLIS-BALONE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SAMUEL W. BODMAN, Secretary, U.S. Department of Energy,<br><br>　　Defendant. | NO. CV-07-5127-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal (Ct. Rec. 59), and an Amended Notice of Hearing Without Oral Argument (Ct. Rec. 63). The parties inform the Court that they have settled the above-captioned matter and ask the Court to enter an order of dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal (Ct. Rec. 59) is **GRANTED.**

2. The above-captioned matter is **dismissed** with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 25th day of November, 2009.

　　　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　United States District Judge

Q:\CIVIL\2007\Ellis-Balone\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1